IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VAUGHN CHAMBERS                                                                                    PLAINTIFF

Vs.                              CASE NO. 3:06cv00228 JMM

CITY OF GOSNELL, ARKANSAS, et al                                                      DEFENDANTS

## ORDER

The above case was filed in the Jonesboro office and assigned a Jonesboro case number. Plaintiff incorrectly styled the case as filed in the Eastern Division. Plaintiff should change the style to show that the case is filed in the Jonesboro Division on future pleadings.

Defendants' motion to change venue to the Jonesboro Division (docket entry #5) is denied as moot.

IT IS SO ORDERED this 30th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE