IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**VAUGHN CHAMBERS**                                              **PLAINTIFF**

**V.**                                        **NO: 3:06CV00228**

**CITY OF GOSNELL, ARKANSAS;**
**MAYOR DICK REAMS, Individually**
**and in his official capacity; CHIEF MIKE**
**KELLY, Individually and in his official**
**capacity; and SENIOR OFFICER CHARLIE**
**BYRD, Individually and in his**
**official capacity**                                              **DEFENDANTS**

## ORDER

Pending is the Plaintiff's motion to dismiss pursuant to Fed. R. Civ. P. 41. (Docket # 17).

For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of September, 2007.

James M. Moody
United States District Judge